Dear Jugdeship of Denver

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
01/29/2020
JEFFREY P. COLWELL, CLERK

I have done nothing wrong in my eyes But to protect my Values as a human Being.

Denver, and the Psychiarists Should all Be questioned Under Oath. They are Vilolated HIPPA Laws Especially Dr. Ross of Denver Health

Phily Chorley Chitto